*Leonard M. Wallstein, Jr.,* and *Leonard M. Wallstein* for Bankers Trust Company, as substituted trustee, respondent.

*Saul E. Rogers* and *Sol Ringel* for Robert Henry Joseph Leatt, respondent.

Order affirmed, with costs to the respondent Robert Henry Joseph Leatt (the adopted son) payable out of the fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: FULD, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WEBSTER DANIEL, Appellant.

Argued May 28, 1947; decided July 2, 1947.

*James D. C. Murray* and *Daniel Kirchman* for appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* and *Sylvia Jaffin Singer* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.